# T**HE** B**LANCH** L**AW** F**IRM** A Professional Corp.

261 Madison Avenue, 12th Floor ● New York, New York 10016 ● Tel. 212.736.3900 ● Fax 212.736.3910

July 12, 2011

VIA ECF

Honorable Theodore H. Katz, United Stated Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

        Re:    United States v. Chang, et. al.; 10-*CR-00878-KWM-22*

Your Honor:

    Our firm is counsel of record for Paul Turpanjian, and we respectfully submit this request to seal the record of Mr. Turpanjian's deferred prosecution agreement. Sealing is particularly appropriate in this case because no criminal record will result for Mr. Turpanjian. We have spoken with Assistant Untied States Attorney Dan Goldman about this matter, and he has no objections.

    If there are any questions of additional information needed, please do not hesitate to contact me. The Court's attention to this matter is greatly appreciated.

    Respectfully submitted,

    /s/ Edward J. McQuat
    Edward J. McQuat, Esq.
    The Blanch Law Firm, P.C.
    *Counsel for Paul Turpanjian*
    261 Madison Ave., 12th Floor
    New York, NY 10016
    P: (212) 736-3900
    F: (212) 736-3910

Cc: AUSA Dan Goldman, SDNY